**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6455**

———————

RICKY EMANUEL SELBY,

Plaintiff - Appellant,

versus

JACK LEE, Warden, Keen Mountain Correctional
Center; A. W. SHINAULT; M. SPRADLEY; DOCTOR
QUINONES; R. N. GILBERT; SERGEANT WICKS; JANET
SAYLER; SERGEANT BLACKBURN; LIEUTENANT
SHELTON; MAJOR PAYNE,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CA-99-59-7)

———————

Submitted: June 17, 1999          Decided: June 23, 1999

———————

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Ricky Emanuel Selby, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ricky Emanuel Selby appeals the district court's orders denying his motion for reconsideration and dismissing without prejudice under 28 U.S.C. § 1915A(b)(1) (1994) his complaint filed pursuant to 42 U.S.C.A. § 1983 (West Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we dismiss the appeal on the reasoning of the district court. See Selby v. Lee, No. CA-99-59-7 (W.D. Va. Feb. 3 & Feb. 22, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2